UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DANIEL REIFER,<br><br>Debtor. | Chapter 7<br><br>Case No. 8-26-73047-las |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**TAKE NOTICE** that, the law firm set forth below appears as counsel for Harlem Multifamily LLC *("Harlem MF")*, creditor and party in interest, in the captioned Chapter 7 bankruptcy case, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that the following name and address be added to the mailing list maintained by the Clerk of the Court and Debtor in this case, and further demands that all notices given or required to be given in this case, and all papers served or required to be served in this case by all counsel, parties-in-interest, and this Court, be given to and served upon the following counsel:

Yevgeniy Kats, Esq.
Zeichner Ellman & Krause LLP
730 Third Avenue
New York, New York 10017
Telephone: (212) 223-0400
Fax: (212) 753-0396
ykats@zeklaw.com

**TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also

includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise, which affects the Debtor or property of the Debtor or the rights of creditors and parties-in-interest such as Harlem MF.

**TAKE FURTHER NOTICE** that, Harlem MF does not intend that this Notice of Appearance and Request for Service of Papers or any later appearance or pleading be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after de novo review by a United States District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs, or recoupments to which it has or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Harlem MF expressly reserves.

Dated: New York, New York
August 14, 2026

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/Yevgeniy Kats

Yevgeniy Kats, Esq.
730 Third Avenue
New York, New York 10017
(212) 223-0400
ykats@zeklaw.com

*Attorneys for Harlem Multifamily LLC*

To: All Parties who have appeared by ECF