SHERMAN ATLAS SYLVESTER & STAMELMAN LLP
Craig L. Steinfeld (csteinfeld@shermanatlas.com)
210 Park Avenue, 2nd Floor
Florham Park, NJ 07932
(973) 302-9700

-and-

1185 Avenue of the Americas, 3rd Floor
New York, NY 10036
(212) 763-6466

*Attorneys for Flagstar Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DANIEL REIFER<br><br>Debtor. | Chapter 7<br><br>Hon. Louis A. Scarcella, U.S.B.J.<br><br>Case No. 8-26-73047-LAS |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS ON BEHALF OF FLAGSTAR BANK, N.A.**

**PLEASE TAKE NOTICE** that Craig L. Steinfeld of Sherman Atlas Sylvester & Stamelman LLP hereby appears as counsel in the above-referenced bankruptcy case ("Bankruptcy Case") on behalf of Flagstar Bank, N.A., and hereby requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Rules") and Section 1109(b) of chapter 11, of title 11 of the United States Code ("Bankruptcy Code"), that copies of all notices given or required to be given in the

Bankruptcy Case and all papers served in the Bankruptcy Case be given to and served upon the following at the address, telephone number and electronic mail address listed:

SHERMAN ATLAS SYLVESTER & STAMELMAN LLP
Craig L. Steinfeld, Esq. (csteinfeld@shermanatlas.com)
210 Park Avenue, 2nd Floor
Florham Park, New Jersey 07932
Telephone: (973) 302-9700
Facsimile: (973) 845-2546

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, filed or made with regard to the referenced case and proceeding therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any rights, remedies and claims against the above-referenced debtor and any other entities either in the Bankruptcy Case or in any other action, or any objection which may be made to the jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto. All rights, remedies and claims are hereby expressly reserved.

Dated: August 17, 2026
Florham Park, New Jersey

SHERMAN ATLAS SYLVESTER
& STAMELMAN LLP
Attorneys for Flagstar Bank, N.A.

*/s/ Craig L. Steinfeld*
CRAIG L. STEINFELD

4931-9934-5352, v. 1