Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | Daniel Reifer<br>Name | EIN: __−_______ | |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: 7 | 8/3/26 |
| Case number: | 8−26−73047−las | | |

# FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies under § 521(a)(1) of the Bankruptcy Code remain outstanding. These documents are required to be filed no later than 45 days from the filing of the petition.

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

If you have any questions, please contact the Clerk's Office at (347) 394−1700 for Brooklyn cases or (631) 712−6200 for Central Islip cases.

Dated: September 3, 2026

For the Court, Paul Dickson, Clerk of Court