UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X Case No. 26-73047-las
IN RE:

DANIEL REIFER,

Debtor.
---------------------------------------------------X

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that BG EASTERN LLC, pursuant to FRBP 9010, hereby appears in the above-entitled case, and that the undersigned has been retained as Attorney for BG EASTERN LLC, and demands that all papers in this action be served upon the undersigned at the office and address stated below.

Dated: Brooklyn, New York
September 3, 2026

_______/s/______________

RICHARD A. KLASS, ESQ.
Attorney for BG EASTERN LLC
16 Court Street, 28th Floor
Brooklyn, New York 11241
718-643-6063
RichKlass@courtstreetlaw.com