UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| DANIEL REIFER, | Case No. 26-73047-las |
| Debtor. | |

-----------------------------------------------------------x

**DECLARATION OF DANIEL REIFER IN RESPONSE TO FINAL NOTICE OF SECTION 521 DEFICIENCIES**

I, Daniel Reifer, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the debtor in the above-captioned chapter 7 case. I submit this declaration in response to the Final Notice of Section 521 Deficiencies [Dkt. No. 14] (the “Notice”).

2. On August 3, 2026, I filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the “Petition Date”).

3. On September 3, 2026, the Notice was filed. A true and correct copy of the Notice is annexed hereto as **Exhibit A**.

4. The docket text corresponding to the Notice states: “Final Notice of Section 521 Deficiencies. Missing: Copies of Pay Statements received within 60 days prior to the date of filing, Chapter 7 Statement of Your Current Monthly Income Form 122A-1 (admin).”

5. I have no pay statements to produce. I received no income during the 60 days preceding the Petition Date, and accordingly received no payment advices or other evidence of payment from any employer within the meaning of 11 U.S.C. § 521(a)(1)(B)(iv).

[Remainder of page intentionally left blank.]

6. The Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) has been completed and is being filed simultaneously herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Chapel Hill, North Carolina
September 17, 2026

*/s/ Daniel Reifer*______________
DANIEL REIFER