HERRICK, FEINSTEIN LLP
Steven B. Smith
Andrew Wagner
Two Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
ssmith@herrick.com
awagner@herrick.com

*Counsel for 924 West End Avenue, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DANIEL REIFER, | : | Case No. 26-73047 (LAS) |
| | : | |
| Debtor. | : | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

PLEASE TAKE NOTICE that the undersigned appears as counsel for 924 West End Avenue, Inc. (the "Notice Party"), and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), requests that all notices given or required to be given in the above-captioned chapter 7 case (the "Chapter 7 Case") or any related adversary proceeding, be given to and served upon the undersigned at the address set forth below.

PLEASE TAKE FURTHER NOTICE that request is also hereby made for service of copies of all papers, including but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers, whether formal or informal,

filed in the Chapter 7 Case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

HERRICK, FEINSTEIN LLP
Andrew Wagner
Two Park Avenue
New York, NY 10016
(212) 592-1622
awagner@herrick.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive or be deemed or construed to waive any right of the Notice Parties, including without limitation its right: (i) to have final orders in non-core matters entered only after de novo review by a higher court; (ii) to trial by jury in any proceeding or matter in the Chapter 7 Case, or any case, controversy or proceeding related to the Chapter 7 Case, whether or not the same be designated legal or private rights, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2); (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Notice Parties is or may be entitled under agreements, in law or in equity or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and preserved unto the Notice Parties without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: New York, New York
September 25, 2026

HERRICK, FEINSTEIN LLP

By: */s/ Andrew Wagner*
Andrew Wagner
Two Park Avenue
New York, New York 10016
212-592-1622
awagner@herrick.com

*Counsel for 924 West End Avenue, Inc.*

**CERTIFICATION OF SERVICE**

I, Andrew Wagner, hereby certify that I caused a true and correct copy of the foregoing document to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

*By: /s/ Andrew Wagner*
*Andrew Wagner*